NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AUTUMN DAWN BRETON, an
individual,

          Petitioner,

v.
                              Case No. 2D18-1123

WILMINGTON SAVINGS FUND
SOCIETY, FSB, D/B/A CHRISTIANA
TRUST, NOT IN ITS INDIVIDUAL
CAPACITY, BUT SOLELY AS TRUSTEE
FOR BCAT 2015-14ATT,

          Respondent(s).

Opinion filed August 31, 2018.

Appeal from the Circuit Court for Pasco
County; Linda H. Babb, Judge.

Autumn Dawn Breton, pro se.

Adam J. Knight and Jacqueline Simms-
Petredis of Burr & Forman LLP, Tampa,
for Respondent.


PER CURIAM.

        Denied.

CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.